STIPULATION FOR <u>DISMISSAL OR SETTLEMENT</u> OF CASES

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID KILLEN and SHARON KILLEN, his wife, <br> 7081 ADMIRAL PERRY HIGHWAY <br> LORETTO, PENNSYLVANIA, 15940 <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA <br> c/o ATTORNEY GENERAL FOR THE UNITED STATES <br> U.S. DEPARTMENT OF JUSTICE <br> 10TH STREET and CONSTITUTION AVENUE, NW <br> ROOM B324 <br> WASHINGTON, DC 20530 <br><br> Defendant. | CIVIL DIVISION <br><br><br><br><br><br><br> No.   3:16-cv-00097-KRG <br><br><br><br><br><br><br><br><br> JURY TRIAL DEMANDED |

We, the attorneys for the respective parties, do hereby stipulate that

<u>the within action is settled and discontinued</u>

and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

/s/Kevin R. Lomupo, Esquire
Attorney for Plaintiffs


/s/ Paul D. Kovac, Assistant U.S. Attorney
Attorney for Defendant

**ORDER**

AND NOW, this _____ day of _____ 20___, IT IS SO ORDERED.


_____
UNITED STATES DISTRICT JUDGE