STIPULATION FOR DISMISSAL OR SETTLEMENT OF CASES

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID KILLEN and SHARON KILLEN, his wife,<br>7081 ADMIRAL PERRY HIGHWAY<br>LORETTO, PENNSYLVANIA, 15940<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br>c/o ATTORNEY GENERAL FOR THE UNITED STATES<br>U.S. DEPARTMENT OF JUSTICE<br>10TH STREET and CONSTITUTION AVENUE, NW<br>ROOM B324<br>WASHINGTON, DC  20530<br><br>Defendant. | CIVIL DIVISION<br><br><br><br><br><br>No.   3:16-cv-00097-KRG<br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

We, the attorneys for the respective parties, do hereby stipulate that

the within action is settled and discontinued

and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

/s/Kevin R. Lomupo, Esquire
Attorney for Plaintiffs


/s/ Paul D. Kovac, Assistant U.S. Attorney
Attorney for Defendant

ORDER

AND NOW, this 27th day of February 2017, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE